UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

VONCILLA MERCEDRA DANIELS,         CASE NO.: 18-03888-3F7

              Debtor.

## DEBTOR'S STATEMENT OF INTENTION

**COMES NOW**, the Debtor, **VONCILLA MERCEDRA DANIELS**, by and through her undersigned attorney, and file the attached Statement of Intention, as an amendment to her voluntary petition filed with this Court on November 6, 2018.

**DATED:** This 11th day of September, 2019.

*/s/ Rehan N. Khawaja*
**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025
Bankruptcy Law Offices of Rehan N. Khawaja
817 North Main Street
Jacksonville, Florida 32202
Telephone:  (904) 355-8055
Facsimile:  (904) 355-8058
E-Mail:  khawaja@fla-bankruptcy.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing was furnished to **Alexander G. Smith**, Esquire, Chapter 7 Trustee, 2601 University Boulevard West, Jacksonville, Florida 32217; **BSI Financial Services**, 314 S Franklin Street, Titusville, Pennsylvania 16354; **Onemain Financial Group**, Post Office Box 3251, Evansville, Indiana 47731-3251; **W.S. Badcock Corporation**, Post Office Box Box 724, Mulberry, Florida 33860 and **United States Trustee,** 400 West Washington Street, Room # 1100, Orlando, Florida 32801 by United States First Class Mail, postage pre-paid or Electronic mail, on this  11th  day of September, 2019.

_/s/ Rehan N. Khawaja_
**REHAN N. KHAWAJA, ESQUIRE**
Florida Bar No.: 0064025

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Voncilla Mercedra Daniels** | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION | |
| Case number (if known) | 3:18-bk-03888 | ☐ Check if this is an amended filing |

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BSI Financial Services**<br><br>Description of property securing debt: **145 West 33rd Street Jacksonville, FL 32206  Duval County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: **Mortgage Modification** | ☐ No<br>■ Yes |
| Creditor's name: **Onemain Financial Group, LLC**<br><br>Description of property securing debt: **2005 Pontiac Grand Prix 115,000 miles (In Debtor's possession.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **W.S. Badcock Corporation**<br><br>Description of property | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: | ■ No<br>☐ Yes |

Debtor 1  **Voncilla Mercedra Daniels**  Case number (if known) **3:18-bk-03888**

securing debt: **Retain and Pay**

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  *Voncilla M. Daniels* (signature)
**Voncilla Mercedra Daniels**
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  **September 11, 2019**

Date  _____